**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-52-GF-BMM |
| Plaintiff, | |
| vs. | **JUDGMENT OF ACQUITTAL** |
| TIMOTHY BLACKMAN, | |
| Defendant. | |

This case having been tried to a jury on January 21, 2020, and in accordance with the jury verdict, **IT IS HEREBY ORDERED** that the Defendant is **ACQUITTED** of the charge in the Indictment.

DATED this 27th day of January, 2020.

_____
Brian Morris
United States District Court Judge